# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hochberg, Faith S. | District of New Jersey | 03/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>03/07/2015 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Federal Square
Newark, N.J. 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VP and Secretary | Hochberg Foundation, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 03/26/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Artist - self employed | $3,617.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Professor of Surgery, NYU Medical Center |
| 2. 2015 | Professor of Surgery, NYU Medical Center |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Organization | 1/8-12/2014 | Vail, CO | Educational panel | travel, meals, lodging |
| 2. | USC Gould School of Law | 3/17-19/2014 | Los Angeles, CA | Educational panel | travel, meals, lodging |
| 3. | The Sedona Conference | 4/9-11/2014 | San Francisco, CA | Educational panel | travel, meals, lodging |
| 4. | George Washington Law School | 5/4-6/2014 | Washington, DC | Educational panel | travel, meals, lodging |
| 5. | Stanford Law School | 5/15-17/2014 | San Francisaco, CA | Educational panel | travel, meals, lodging |
| 6. | International Property Owners | 9/7-11/2014 | Vancouver, BC, Canada | Educational panel | travel, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 03/26/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   AAPL | A | Int./Div. | O | T | | | | | |
| 2.   BRK A | A | Int./Div. | P1 | T | | | | | |
| 3.   OAKGX | A | Interest | | | Sold | 12/08/14 | M | F | |
| 4.   OMEGA FUND | D | Int./Div. | P1 | T | | | | | |
| 5.   OMEGA CREDIT OPP FUND | E | Dividend | P1 | T | | | | | |
| 6.   SIGA | A | Int./Div. | O | T | | | | | |
| 7.   SPY | B | Dividend | O | T | | | | | |
| 8.   PIMCO Real symbol PRTCX | A | Dividend | | | Sold | 07/16/14 | L | A | |
| 9.   Templeton symbol TEGBX | A | Int./Div. | | | Sold | 07/16/14 | K | B | |
| 10.   U.S. Treasury Obligations (account with Federal Reserve) | C | Interest | P1 | T | | | | | |
| 11.   Pine Street Partners Limited Partnership | E | Distribution | P1 | T | | | | | |
| 12.   Goldman Sachs Real Estate Trusts | D | Distribution | M | T | | | | | |
| 13.   U.S. Treasury Money Market Funds | B | Interest | P1 | T | | | | | |
| 14.   TIAA-CREF | E | Distribution | O | T | | | | | |
| 15.   NJ Highway (Trpk) Bonds | D | Interest | M | T | | | | | |
| 16.   NJ Econ Development Bonds | E | Interest | N | T | | | | | |
| 17.   North HudsonNJ Sewer Bonds | E | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NJ Educational Dev Bonds | D | Interest | M | T | | | | | |
| 19. MontgomeryMD Bonds | B | Interest | K | T | | | | | |
| 20. NJ Transit (Tpke) Bonds | E | Interest | N | T | | | | | |
| 21. ClaytonBoroNJ Bonds | E | Interest | L | T | | | | | |
| 22. North HudsonNJ Sewer Bonds | B | Interest | | | Sold | 05/14/14 | M | | |
| 23. NJ Sports Auth | C | Interest | | | Sold | 01/17/14 | M | | |
| 24. North NJ Water Bonds | D | Interest | M | T | | | | | |
| 25. NJ Healthcare Bonds | E | Interest | N | T | Buy (add'l) | 06/06/14 | M | | |
| 26. Monmouth County, NJ Bonds | E | Interest | N | T | | | | | |
| 27. Lower Colorado River Bonds | C | Interest | L | T | | | | | |
| 28. NJ Health CRE FFA | D | Interest | M | T | | | | | |
| 29. NJ Healthcare | D | Interest | N | T | | | | | |
| 30. Essex County, NJ Imprv Auth | C | Interest | | | Sold | 08/29/14 | M | | |
| 31. NJ Transit Bonds | E | Interest | N | T | | | | | |
| 32. NJ Healthcare | C | Int./Div. | L | T | | | | | |
| 33. NJ Tobacco Settltment Bonds | C | Interest | | | Sold | 04/07/14 | M | | |
| 34. NJ Econ Development Bonds | D | Interest | L | T | Buy (add'l) | 04/07/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Southern NJ Transit Bonds | D | Interest | M | T | | | | | |
| 36. Passaic Valley Sewer Bonds | B | Interest | L | T | | | | | |
| 37. Atlantic County., NJ Bonds | C | Interest | K | T | | | | | |
| 38. NJ Transit Bonds | D | Interest | M | T | | | | | |
| 39. NJ EDA Water Bonds | D | Interest | M | T | | | | | |
| 40. NJ ST CTFS Partnership | D | Interest | M | T | | | | | |
| 41. NJ Housing | D | Interest | M | T | | | | | |
| 42. NJ Muni Bond Fund | E | Interest | P1 | T | | | | | |
| 43. Buckeye Tobacco Bond | C | Interest | L | T | Buy | 12/01/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 03/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Faith S. Hochberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544